UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY POWERS,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICK COVELLO,<br><br>        Defendant. | Case No. 20-cv-04244-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order Denying Petition for a Writ of Habeas Corpus; Denying Certificate of Appealability, the petition for a writ of habeas corpus is DENIED, and a certificate of appealability is DENIED.  The Clerk shall enter judgment in favor of Respondent and against Petitioner, and close the case.

**IT IS SO ORDERED.**

Dated: April 22, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge